IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ALICIA MITCHNER MOSLEY  *<br>        Plaintiff, | |
|         v.                                   * | CIVIL ACTION NO. WMN-10-3129 |
| ONEWEST BANK FSB              * | |
| DEUTCHE NATIONAL TRUST<br>  COMPANY                        * | |
| HOME FIRST MORTGAGE | |
| JACOB GEESING, et al.             * | |
|        Defendants. | |
|                                           *** | |

## O R D E R

On December 21, 2010, Plaintiff was denied leave to proceed *in forma pauperis* and was granted twenty-eight (28) days to remit the $350.00 civil filing fee.  Plaintiff was cautioned that her failure to pay the fee would result in the dismissal of her case without prejudice and without further notice.  As of the within signature date, the filing fee has not been received.  Therefore, the Court shall dismiss the Complaint.

Accordingly, it is this 24th day of January, 2011, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Complaint IS DISMISSED WITHOUT PREJUDICE for non-compliance with court order;

2. The Clerk SHALL CLOSE this case; and

3. The Clerk SHALL MAIL a copy of this Order to Plaintiff.

/s/
_____
William M. Nickerson
Senior United States District Judge